UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HOWARD COHAN,**

      Plaintiff,

v.        Case No. 6:23-cv-292-ACC-EJK

**MCDONALD'S CORPORATION,**

      Defendant.

_____

**ORDER OF DISMISSAL**

The Court has been advised by **the parties** that the above-styled action has been settled. (Doc. 18). Accordingly, pursuant to Local Rule 3.09(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** at Orlando, Florida on August 3, 2023.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

- 2 -

**COPIES FURNISHED TO:**

Counsel of Record